**BACOT, Movant, v. BRUMMETT, Opposed.**

Court of Appeals of Kentucky.

(Decided Feb. 15, 1938.)

J. D. VIA for movant.

M. C. ANDERSON opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**CHILDERS, by His Next Friend, Mary Childers, Movant, v. FIRST NATIONAL BANK OF PIKEVILLE, KY., Opposed.**

Court of Appeals of Kentucky.

(Decided Feb. 15, 1938.)

J. M. BOLLING for movant.

O T. HINTON opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**McGLAMERY, Movant, v. COMMONWEALTH of Kentucky, Opposed**

Court of Appeals of Kentucky.

(Decided Feb. 11, 1938.)

HOMER C CLAY and G. C. CLAY for movant.

HUBERT MEREDITH, Attorney General, and JESSE K. LEWIS, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.